UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| JANYS CHAREST, | ) | Civil Action No. 0:20-cv-04044-MBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI,[1] | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AND NOW**, this 16th day of August, 2021, upon consideration of Defendant's unopposed Motion to Remand, ECF No. 14, it is hereby

**ORDERED** that Defendant's Motion to Remand is granted and this case is remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further evaluation and a new decision. This case is hereby dismissed.

/s/Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

August 16, 2021
Columbia, South Carolina

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Therefore, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).