AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Janys Charest, <br> *Plaintiff,* <br> v. <br> Commissioner of Social Security Administration, <br> *Defendant.* | Civil Action No. 1:20-cv-04044-MBS-PJG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___%, plus post judgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) to allow the Commissioner to continue to the sequential evaluation process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B Seymour, Senior United States District Judge, presiding, who reversed the decision of the Commissioner and remanded the action for further administrative proceedings.

Date:   August 16, 2021                                                     *CLERK OF COURT*

                                                                            s/L. Baker
                                                                *Signature of Clerk or Deputy Clerk*