UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Janys Charest, | ) | Civil Action No. 0:20-4044-MBS |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Kilolo Kijajazi, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

Plaintiff Janys Charest brought this action to obtain judicial review of Defendant Commissioner of the Social Security Administration's final decision denying her claim for disability insurance benefits. By order dated August 16, 2021, the court granted the Commissioner's unopposed motion to remand and remanded the matter pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. ECF No. 15.

The matter is now before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). ECF No. 17. Plaintiff moves for an award of attorney fees in the amount of $3,841.00 and expenses and costs in the amount of $423.00, for a total award of $4,264.00. On November 23, 2021, the Commissioner filed a response stating she does not oppose the award of fees. ECF No. 18. The Commissioner asks however that the court direct the fees to be paid directly to Plaintiff, as specified in the response. *Id.*

Plaintiff's motion for the payment of $4,264.00 in fees, costs, and expenses, ECF No. 17, is granted, and the award shall be paid in accordance with the procedure set forth in the Commissioner's response, ECF No. 18.

**IT IS SO ORDERED.**

/s/Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

November 30, 2021
Charleston, South Carolina